**Opinion issued September 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00389-CV

————————————

**D. FRED MARTINEZ, Appellant**

**V.**

**RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER CONSULTANTS, INC., BRYTEST LABORATORIES, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC. AND LONE STAR INFRASTRUCTURE JOINT VENTURE, Appellees**

---

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2013-38334

---

**MEMORANDUM OPINION**

The parties, representing that they have settled the case by written agreement, have filed a joint motion to dismiss the appeal. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.